No. 91–8349. WILLIAMS v. CHRANS, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–8643. KWEKU v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 92–115. FISCHER v. UNITED STATES;
No. 92–177. KRAMER ET AL. v. UNITED STATES; and
No. 92–235. BELL v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 955 F. 2d 479.

No. 92–279. MOBLEY v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–302. BLAKE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–308. DOE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–317. VICARIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–336. LETKE v. VLACHOS ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 92–369. MILLBROOK v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.

No. 92–380. ARKANSAS v. BUTLER. Sup. Ct. Ark. Certiorari denied.

No. 92–382. ARDITTI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–383. GORRELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–387. STEWART COUNTY, TENNESSEE, ET AL. v. HEFLIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–400. LINCOLN LOG HOMES, INC. v. ZONA ET AL. C. A. 6th Cir. Certiorari denied.